1

THE HONORABLE FRANKLIN D. BURGESS

2

3

4

5

6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7
AT TACOMA

8

UNITED STATES OF AMERICA,  )
                            )   No.  CR05-5784FDB
9         Plaintiff,         )
                            )   STIPULATED MOTION
10           vs.             )   AND ORDER FOR
                            )   CONTINUANCE OF
11  JONATHAN MOAMLAE,        )   PRETRIAL MOTIONS
    EDWARD MALANDO WILLIAMS, and )   CUTOFF DATE
12  MAZZAR GERALD ROBINSON,  )
                            )
13        Defendants.        )
    _____ )

14

15        The defendants herein, Jonathan Moamlae, by and through his counsel,

16  Jerome Kuh; Edward Malando Williams, by and through his counsel, Zenon P. Olbertz;

17  Mazzar Gerald Robinson, by and through his counsel, Judith M. Mandel; and the

18  Government, by and through its counsel, Kent Y. Liu, Assistant United States Attorney,

19  hereby move that the pretrial motions cutoff date in the above captioned matter,

20  presently scheduled for November 29th, 2005, be vacated, and that the pretrial motions

21  cutoff date be rescheduled to December 15th, 2005, with Government's response date

    being December 22nd, 2005.

22  ***

23  ***

24

25

STIPULATED MOTION AND ORDER
FOR CONTINUANCE OF PRETRIAL MOTIONS
CUTOFF DATE – 1

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967

1            Trial is presently scheduled in this matter for January 17th, 2006, and the

2    pretrial conference is presently scheduled for January 5th, 2006.

3            DATED this 28th day of November, 2005.

4    LAW OFFICE OF              FEDERAL PUBLIC
     ZENON PETER OLBERTZ        DEFENDER'S OFFICE

5    Attorney for Defendant        Attorney for Defendant
     Edward M. Williams           Jonathan Moamlae

6

7         /s/                   /s/
     By:_____.   By: _____.

8        Zenon P. Olbertz            Jerome Kuh

9

10   LAW OFFICE OF             UNITED STATES
     JUDITH M. MANDEL        ATTORNEY'S OFFICE

11   Attorney for Defendant
     Mazzar G. Robinson

12

13        /s/                 /s/
     By: _____.   By:_____

14       Judith M. Mandel         Kent Y. Liu
                            Assistant U.S. Attorney

15

16

17

18

19

20

21

22

23

24

25

*STIPULATED* MOTION AND ORDER
FOR CONTINUANCE OF PRETRIAL MOTIONS
CUTOFF DATE – 2

AFFIDAVIT

STATE OF WASHINGTON )
                    : ss.
County of Pierce        )

ZENON P. OLBERTZ being duly sworn under oath, deposes and says, I am the attorney for the defendant, Edward M. Williams in the above captioned matter.

This affidavit is in support of the agreed upon motion to request a continuance of the pretrial motions cutoff date currently set for November 29, 2005.  Your affiant apparently received the discovery in this matter sometime over the Thanksgiving holiday.  I first had an opportunity to see the disk, which apparently contained 458 pages of discovery on November 28th.  It is my belief that all other defendants' counsel are in the same situation.  As a result of the timing of receiving the discovery in this case, and the number of documents, all parties agree that it is simply unworkable to continue, or to maintain the current motions cutoff date of November 29th.  All parties

***

***

***

***

***

***

***

*STIPULATED* MOTION AND ORDER
FOR CONTINUANCE OF PRETRIAL MOTIONS
CUTOFF DATE - 3

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967

1   are requesting that this Court continue the motions cutoff date in this matter to

2   December 15th, 2005, with the Government's response date being December 22nd, 2005.

3       FURTHER YOUR AFFIANT SAYETH NAUGHT.

4

5                                        /s/

6                       _____

                        ZENON P. OLBERTZ

7       SUBSCRIBED AND SWORN to before me this 28th day of November, 2005.

8                                        /s/

9                       _____

10                      NOTARY PUBLIC in and for the State
                        Of Washington, residing at Tacoma.  My
11                      Commission Expires: 11/28/05.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*STIPULATED* MOTION AND ORDER
FOR CONTINUANCE OF PRETRIAL MOTIONS
CUTOFF DATE - 4

ORDER

Before this court is a stipulated motion for continuance of the pretrial motions cutoff date presently scheduled for November 29th, 2005. The court finds, after a consideration of all relevant information and the circumstances of this case, that without this continuance the defendants will be prejudiced and the ability to properly prepare for trial would be impaired.

For these reasons, the Court finds the stipulated motion for continuance should be granted. The previously  scheduled pretrial motions cutoff date is hereby VACATED. The pretrial motions cutoff date shall be RESCHEDULED to December 15th, 2005, with the Government's response date being: December 22nd, 2005.

IT IS SO ORDERED.

DONE this 29th day of November, 2005.


   /s/ Franklin D Burgess

United States District Judge

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967

1

2  LAW OFFICE OF                          FEDERAL PUBLIC
   ZENON PETER OLBERTZ                        DEFENDER'S OFFICE
3  Attorney for Defendant                 Attorney for Defendant
   Edward M. Williams                     Jonathan Moamlae
4
5          /s/                                    /s/
   By:_____.      By: _____
6  .
       Zenon P. Olbertz                          Jerome Kuh
7

8  LAW OFFICE OF                          UNITED STATES
9  JUDITH M. MANDEL                       ATTORNEY'S OFFICE
   Attorney for Defendant
10 Mazzar G. Robinson

11
           /s/                                    /s/
12 By: _____.       By:_____
       Judith M. Mandel                          Kent Y. Liu
13                                                Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

*STIPULATED* MOTION AND ORDER
FOR CONTINUANCE OF PRETRIAL MOTIONS
CUTOFF DATE - 6

1

CERTIFICATE OF SERVICE

2

I hereby certify that on November 28th, 2004, I electronically filed the foregoing

3

Stipulated Motion and Order for Continuance of Pretrial Motions Cutoff Date with the

4

Clerk of the Court using the CM/ECF system which will send notification of such filing

5

6

to all defense counsel, and to the following:

7

Kent Y. Liu
Assistant United States Attorney
700 Stewart Street
Suite 5220
Seattle, WA 98101-1271

8

9

10

I hereby certify that on November 28th, 2005, I mailed the Stipulated Motion and

11

Order for Continuance of Pretrial Motions Cutoff Date to the following:

12

Edward Malando Williams
Reg. #35730-086
Federal Detention Center
SeaTac
P.O. Box 13900
Seattle, WA  98198

13

14

15

16

DATED this 28th day of November, 2005.

17

/s/

18

_____.
Sarah M. Heckman
Legal Assistant

19

20

21

22

23

24

25

*STIPULATED* MOTION AND ORDER
FOR CONTINUANCE OF PRETRIAL MOTIONS
CUTOFF DATE - 7

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967