THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JONATHAN MOAMLAE, EDWARD MALANDO WILLIAMS AND MAZZAR GERALD ROBINSON,<br><br>        Defendants. | CASE NO.  CR05-5784FDB<br><br>*STIPULATED* MOTION AND ORDER FOR CONTINUANCE OF TRIAL, PRETRIAL CONFERENCE AND PRETRIAL MOTIONS CUTOFF DATE |

The defendants herein, Edward Malando Williams, by and through his counsel, Zenon P. Olbertz; Mazzar Gerald Robinson, by and through his counsel, Judith M. Mandel; and the Government, by and through its counsel, Kent Y. Liu, Special Assistant U.S. Attorney, hereby move that the trial presently scheduled for January 17th, 2006, be vacated, and that the trial be rescheduled to March 27th, 2006 at 9:00 a.m., and that the pretrial conference presently scheduled for January 5, 2006, be vacated and that the pretrial conference be rescheduled to a date to be determined by the court.  Parties further move that the pretrial motions cutoff date presently scheduled for December 15, 2005, be vacated and that the pretrial motions cutoff date

*STIPULATED* MOTION AND ORDER FOR
CONTINUANCE OF TRIAL, PRETRIAL
CONFERENCE AND PRETRIAL MOTIONS
CUTOFF DATE - 1

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967

1  be reschedule to a date to be determined by the court.

2      The above request for continuance is being made as a result of the need for additional

3  time to review the over 400 pages of discovery recently provided to defense counsel and the

4  need for time to contact and interview witnesses listed in said discovery in preparation for trial

5  and pretrial motions..

6

7      All defendants agree to waive their right to speedy trial to the date of April 14th, 2006,

8  and will file said waivers of speedy trial with this court.

9      The parties believe that the ends of justice would be served by a continuance of the trial,

10  pretrial conference, and the pretrial motions cutoff date in this matter.

11      DATED this 14th, day of December, 2005.

12

13      /s/                                                                             /s/
By: _____    By: _____
14    Zenon P. Olbertz, WSB #6080                     Judith M. Mandel, WSB #8677
  Attorney for Edward M. Williams             Attorney for Mazzar G. Robinson
15

16      /s/
By: _____
17    Kent Y. Liu, WSB #21599
18    Special Assistant U.S. Attorney

19

20

21

22

23

24

25

*STIPULATED* MOTION AND ORDER FOR
CONTINUANCE OF TRIAL, PRETRIAL
CONFERENCE AND PRETRIAL MOTIONS
CUTOFF DATE - 2

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967

1  ORDER

2  Before this court is a stipulated motion for continuance of the trial, pretrial conference
3  and pretrial motions cutoff date (presently scheduled as follows: trial/January 17th, 2006; pretrial
4  conference/January 5th, 2006, and pretrial motions cutoff/December 15th, 2005).  The court
5  finds, after a consideration of all relevant information and the circumstances of this case, that
6
7  without this continuance the defendants will be prejudiced and the ability to properly prepare for
8  trial would be impaired. Failure to grant a continuance under these circumstances would result
9  in a miscarriage of justice. The ends of justice would best be served by granting of the motion
10 for continuance. The ends of justice outweigh the best interests of the public and the defendants
11 in a speedy trial.
12
13 For these reasons, the court finds the stipulated motion for continuance should be granted.
14 The previously scheduled trial date is hereby VACATED.  The trial shall be RESCHEDULED
15 to March 27th, 2006 at 9:00 a.m.  The previously scheduled pretrial conference date is hereby
16 VACATED.  The pretrial conference shall be RESCHEDULED to March 17, 2006 at 3:30 p.m.
17 ***
18 ***
19 ***
20 ***
21 ***
22 ***
23 ***
24 ***
25

*STIPULATED* MOTION AND ORDER FOR
CONTINUANCE OF TRIAL, PRETRIAL
CONFERENCE AND PRETRIAL MOTIONS
CUTOFF DATE - 3

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967

1  The previously schedule pretrial motions cutoff date is hereby VACATED.  The pretrial
2  motions cutoff shall be RESCHEDULED to January 25, 2006.
3       IT IS SO ORDERED.
4
5       DONE this 22nd day of December, 2005.

                                              _____
                                              FRANKLIN D. BURGESS
                                              UNITED STATES DISTRICT JUDGE

          /s/                                           /s/
By: _____              By: _____
    Zenon P. Olbertz, WSB #6080               Judith M. Mandel WSB #8677
    Attorney for Edward M. Williams           Attorney for Mazzar G. Robinson


          /s/
By: _____
    Kent Y. Liu, WSB #21599
    Special Assistant U.S. Attorney

*STIPULATED* MOTION AND ORDER FOR
CONTINUANCE OF TRIAL, PRETRIAL
CONFERENCE AND PRETRIAL MOTIONS
CUTOFF DATE - 4

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967

CERTIFICATE OF SERVICE

I hereby certify that on December 14th, 2005, I electronically filed the foregoing Stipulated Motion and Order for Continuance of Trial, Pretrial Conference and Pretrial Motions Cutoff Date with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Kent Y. Liu
> Special Assistant United States Attorney
> 1201 Pacific Avenue, Suite 700
> Tacoma, WA  98402
>
> Jerome Kuh
> Federal Public Defender's Office
> 1331 Broadway, Suite 400
> Tacoma, WA 98402
>
> Judith M. Mandel
> Attorney at Law
> 524 Tacoma Avenue So.
> Tacoma, WA 98402

I hereby certify that on December 14th, 2005, I mailed the Stipulated Motion and Order for Continuance of Trial, Pretrial Conference and Pretrial Motions Cutoff Date to the following:

> Edward Malando Williams
> Reg. #35730-086
> FDC at SeaTac
> P.O. Box 13900
> Seattle, WA 98198

DATED this 14th, day of December, 2005.

/s/
_____
Sarah M. Heckman
Legal Assistant

*STIPULATED* MOTION AND ORDER FOR CONTINUANCE OF TRIAL, PRETRIAL CONFERENCE AND PRETRIAL MOTIONS CUTOFF DATE - 5

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967