JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JONATHAN MOAMLAE; ) <br> EDWARD WILLIAMS; and ) <br> MAZZAR ROBINSON, ) <br> ) <br> Defendants. ) <br> ) | NO.  CR05-5784FDB <br><br> ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

Upon motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to February 2, 2006.

DONE this 24th day of January, 2006.

_/s/ signature_

JUDGE FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:
*/s/ Jerome Kuh*
Jerome Kuh
Attorney for Moamlae

*/s/ Kent Liu*
Kent Liu
Assistant United States Attorney

*/s/ Zennon Olbertz*

Zennon Olbertz
Attorney for Williams

*/s/ Judith Mandel*

Judith Mandel
Attorney for Robinson

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE     1
CR05-5784FDB

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**