JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-5784FDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| vs. | ) | CONTINUE PRETRIAL MOTIONS |
| | ) | DUE DATE |
| JONATHAN CHARLES MOAMLAE, | ) | |
| EDWARD WILLIAMS; and | ) | |
| MAZZAR ROBINSON, | ) | |
| | ) | |
| Defendants. | | |

Based on the motion of the defendants to continue the pretrial motions due date,

the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be

continued to March 1, 2006.

DONE this 6th day of March, 2006.

JUDGE FRANKLIN D BURGESS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
TO CONTINUE PTM's DUE DATE                1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1

2   Presented by:

3

4   _____

5   Jerome Kuh

6   Attorney for Moamlae

7

8   _____          _____

9
    Zennon Olbertz                              Judith Mandel
10
    Attorney for Williams                       Attorney for Robinson
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION
TO CONTINUE PTM's DUE DATE                2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**