Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN MOAMLAE,<br>EDWARD MALANDO WILLIAMS,<br>MAZZAR GERALD ROBINSON,<br><br>Defendants. | NO.  CR05-5784FDB<br><br>ORDER CONTINUING GOVERNMENT'S RESPONSE TO DEFENDANTS' PRETRIAL MOTIONS |

The Court having reviewed the records and files herein and considered the stipulation of the parties, enters the following order:

//
//
//
//
//
//
//
//
//

ORDER/MOAMLAE ET AL - 1

1  IT IS HEREBY ORDERED that the Government's response to the defendants'
2  pretrial motions shall be due no later than March 9, 2006.
3  Dated this 6th day of March, 2006.

FRANKLIN D. BURGESS
United States District Judge

Presented by:

s/ Kent Y. Liu
KENT Y. LIU
Special Assistant United States Attorney


s/ Jerome Kuh, Per telephonic approval
JEROME KUH
Attorney for Jonathan Moamlae


s/ Zenon P. Olbertz, Per telephonic approval
ZENON P. OLBERTZ
Attorney for Edward Williams


s/ Judith M. Mandel, Per telephonic approval
JUDITH M. MANDEL
Attorney for Mazzar Robinson